**Dismiss and Opinion Filed February 26, 2021**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00955-CV

**JIMMY LEE MENIFEE, Appellant**
**V.**
**DALLAS BEHAVIORAL HEALTH CARE HOSPITAL, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02833-A**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Nowell
Opinion by Justice Nowell

We questioned our jurisdiction over this appeal as the clerk's record did not reflect the existence of the November 3, 2020 judgment appellant sought to appeal or that any final judgment or other appealable order had been signed. *See Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 & n. 13 (Tex. 1992) (appeals may only be taken from interlocutory orders permitted by statute or rule and final judgments that dispose of all issues between parties). In fact, the record reflected the trial court abated and administratively closed this case on February 11, 2020, leaving a motion to dismiss the underlying suit undetermined.

In jurisdictional briefing filed at our request, appellant does not dispute the case was closed or that the judgment he sought to appeal does not exist, and appellee confirms no final judgment or appealable order has been signed. Accordingly, because no final judgment or other appealable order has been signed, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Tipps*, 842 S.W.2d at 272.

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

200955F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JIMMY LEE MENIFEE, Appellant

No. 05-20-00955-CV     V.

DALLAS BEHAVIORAL HEALTH
CARE HOSPITAL, Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-19-02833-A.

Opinion delivered by Justice Nowell,
Justices Molberg and Reichek
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 26th day of February, 2021.